# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Dominion Carolina Gas Transmission, LLC, | Case No: 3:16-cv-01974-JMC |
| Plaintiff, | |
| v. | |
| 1.169 Acres, in Richland County, South Carolina located on Parcel R39100-02-05; ERIC N. MANN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETTA N. MANN, EARL T. MANN, HERMAN DARRELL RICHARDSON, ARTHUR C. RICHARDSON, ROBERT RICHARDSON, ETHEL R. BOLDEN, LESTER E. RICHARDSON, LUCIEN V.P. RICHARDSON, JOHNELLA RICHARDSON, DEBORAH JEANNE RICHARDSON DAVIS, RUBYE LUCILLE RICHARDSON ALEXANDER, JACQUELINE LEANNA RICHARDSON WILLIAMS, DWAYNE MAURICE RICHARDSON, WALTER BUTLER, JR., KAREN PERRY-TOWNSEND, N/K/A KAREN WHITE, JANET FARRELL, GARY WHITE, CHRISTOPHER WHITE, BERTHA RICHARDSON, CHARLES ROGERS RICHARDSON, ELIZABETH H. SIMON, AND JUDY H. GULLAX, | |
| And | |
| UNKNOWN OWNERS, | |
| Defendants. | |

**ORDER GRANTING MOTION TO DISMISS ETTA N. MANN, JOHN L. RICHARDSON, SR., SOUTH CAROLINA DEPARTMENT OF REVENUE, RMC FINANCIAL SERVICES, PIONEER CREDIT CO,  PALMETTO HEALTH ALLIANCE DBA PALMETTO RICHLAND MEMORIAL, SOUTH CAROLINA FEDERAL CREDIT <u>UNION AND TO CORRECT CAPTION</u>**

Plaintiff Dominion Carolina Gas Transmission, LLC ("DCGT") moved to dismiss Defendants Etta N. Mann, John L. Richardson, Sr., South Carolina Department of Revenue, RMC Financial Services, Pioneer Credit Co, Palmetto Health Alliance dba Palmetto Richland Memorial, and South Carolina Federal Credit Union (collectively "Defendants") as unnecessarily joined parties because DCGT has discovered either that these defendants have died or, alternatively, that they have no interest by virtue of judgment in the property that is the subject of this condemnation action. (ECF No. 63.) After considering the motion, the court **GRANTS** DCGT's motion pursuant to Rule 71.1(i)(2) of the Federal Rules of Civil Procedure and dismisses Defendants from the above-captioned action.

DCGT has also asked that the caption be amended to reflect the dismissal of certain defendants and to clarify the names of others. (ECF No. 63 at 2.) This request is hereby granted and the caption shall be in the form reflected above.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

February 22, 2017
Columbia, South Carolina